**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michael Wilson and Kimberley Spear,

Plaintiffs,

vs.

Mercantile Mortgage Company,

Defendant.

---

Civil File No.:0:01-CV-1834 DWF/AJB

**STIPULATION OF DISMISSAL AND ORDER**

The above-entitled action, having been fully compromised and settled, the parties through their respective counsel hereby agree that this action shall be dismissed with prejudice and without costs or disbursements to either party.

Dated: December 17, 2001

Anne A. Bergman
Attorney for Plaintiff
1434 Triangle Drive
Stillwater, Minnesota 55082
(651) 430-2662
Attorney Lic. No. 7468

Erin K. Turner, #305923
Attorney for Defendant
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Based upon the foregoing Stipulation of Dismissal with Prejudice of the above-entitled action, IT IS HEREBY ORDERED, that the same is hereby dismissed with prejudice and without costs and disbursements.

Dated: December 20, 2001

JUDGE OF DISTRICT COURT
Donovan W. Frank

LET JUDGMENT BE ENTERED ACCORDINGLY.

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 20 2001
DEPUTY CLERK